# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00339-CV

**In re Michael Romain, M.D., The Austin Diagnostic Clinic Association, Austin Radiological Association, and John Stewart Hogg, M.D.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also deny relators' motion for immediate temporary relief.

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: July 26, 2021